

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2014

**BY ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Devyani Khobragade**
              **14 Cr. 176 (WHP)**

Dear Judge Pauley:

      The Government respectfully writes to advise the Court that the above-captioned Indictment was returned today charging Devyani Khobragade, the defendant, in two counts with visa fraud and making false statements in violation of Title 18, United States Code, Sections 1546, 1001, and 2, which, as alleged in the Indictment, were undertaken to facilitate her exploitative employment of a household employee who was grossly underpaid and overworked. An arrest warrant was also issued today. The Government will alert the Court immediately upon the defendant's arrest so that an appearance before Your Honor may be scheduled. At present, the defendant is believed to be in India.

      The Government respectfully submits that time is automatically excluded from calculation under the Speedy Trial Act, pursuant to Title 18, United States Code, Section § 3161(h)(3)(A), which provides for the exclusion of any period of delay resulting from the unavailability of the defendant. In this case, the defendant is unavailable because her "whereabouts are known but [her] presence for trial cannot be obtained by due diligence or [she] resists appearing at or being returned for trial." 18 U.S.C. § 3161(h)(3)(B).

                               Respectfully submitted,

                                 PREET BHARARA
                               United States Attorney

               by:    /s/
                      Amanda Kramer/Kristy Greenberg
                      Assistant United States Attorneys
                      (212) 637-2478/2469

cc:    Daniel Arshack, Esq. (by ECF and email)