```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA,**

                                              **14-cr-176 (JGK)**

       - against -                                <u>**ORDER**</u>

**DEVYANI KHOBRAGADE,**

                Defendant.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The Court has received documents from Srikanth Sreedhar, which the Court forwards to the Government and files separately under seal because the documents contain personal identifying information.

The Court has already noted that the applicant is not a party to the case and should not be filing documents in this case. ECF No. 5. The Government should indicate its view with respect to the newly filed documents by **September 2, 2025.** The applicant may reply by **September 12, 2025.**

The Clerk is respectfully requested to transmit a copy of this Order to the pro se applicant at srikanth.officially@gmail.com.

**SO ORDERED.**

**Dated:**     **New York, New York**
                **August 18, 2025**

                                                 /s/ John G. Koeltl
                                                **John G. Koeltl**
                                    **United States District Judge**