UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                Plaintiff,        14-cr-176 (JGK)

      - against -                ORDER

DEVYANI KHOBRAGADE,
                Defendant.

**JOHN G. KOELTL, District Judge:**

The documents filed in this criminal case by Srikanth Sreedhar (ECF. No. 6) are stricken. Sreedhar is not a party in this case and has no right to file documents in this case. Sreedhar is directed to cease filing documents in this case.

SO ORDERED.
Dated:   New York, New York
        September 3, 2025

                                      John G. Koeltl
                              United States District Judge

*A copy of this Order should be mailed to Sreedhar at _____ and such mailing should be noted on the docket.*