UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
                Plaintiff,        14-cr-176 (JGK)

    - against -                     ORDER

DEVYANI KHOBRAGADE,
                Defendant.

---

**JOHN G. KOELTL, District Judge:**

    All documents filed in this criminal case by Srikanth Sreedhar are stricken. Sreedhar is not a party in this case and has no right to file documents in this case. Sreedhar is directed to cease filing documents in this case.

    A copy of this Order should be emailed to Sreedhar at srikanth.officially@gmail.com and such emailing should be noted on the docket.

SO ORDERED.
Dated:    New York, New York
          September 5, 2025

                                        John G. Koeltl
                                United States District Judge