UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                               14-cr-176 (JGK)

DEVYANI KHOBRAGADE,                     ORDER

              Defendant.

---

**JOHN G. KOELTL**, District Judge:

    The Court has previously stricken documents filed in this case by Srikanth Sreedhar. See ECF Nos. 5, 12. Mr. Sreedhar is not a party in this case and has no discernible right to file documents on this case's docket. Mr. Sreedhar has accordingly been directed to cease filing documents in this case. ECF No. 12.

    Henceforth, whether the filings are sent to the Clerk's Office, the Pro Se Office, or to this Court, the filings are to be returned to Mr. Sreedhar without being filed on the docket of the Court. See Minute Order, United States v. Manafort, 17-cr-201 (D.D.C. Nov. 29, 2017); cf. Hong Mai Sa v. Doe, 406 F.3d 155, 158 (2d Cir. 2005); Colida v. Nokia Inc., No. 07-cv-8056, 2008 WL 4449419, at *2 (S.D.N.Y. Sept. 29, 2008), aff'd, 347 F. App'x 568 (Fed. Cir. 2009).

Mr. Sreedhar is free to file any civil actions for relief in the Court by bringing new actions that seek proper relief. He may not, however, continue to attempt to file papers in this action, in which he is not a party.

A copy of this Order should be emailed to Mr. Sreedhar at srikanth.officially@gmail.com and such emailing should be noted on the docket.

**SO ORDERED.**

**Dated:** New York, New York
September 12, 2025

　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge

2